The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| WADE SNOW,<br><br>        Plaintiffs,<br><br>    v.<br><br>MEDIX AMBULANCE SERVICE, INC., and METRO WEST AMBULANCE SERVICE, INC.,<br><br>        Defendants. | NO. 3:23-CV-05465-DGE<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br>NOTE ON MOTION CALENDAR: 6/10/24 |

COMES NOW Defendants Medix Ambulance Service, Inc., and Metro West Ambulance Service, Inc., and with Plaintiff Wade Snow, by and through counsel of record, hereby jointly stipulate that this matter has been settled and that accordingly, all of the claims asserted in the above-entitled matter are voluntarily dismissed with prejudice and without costs, pursuant to F.R.C.P. 41.

///

///

///

///

STIPULATION AND ORDER OF DISMISSAL - 1
#5584665 v3 / 76061-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

IT IS SO STIPULATED this 10th day of June, 2024.

Dated: _____6/10/24_____        Dated: _____6/10/24_____

| **EMERY REDDY, PLLC** | **KARR TUTTLE CAMPBELL** |
|---|---|
| *s/Patrick B. Reddy* | *s/Brett A. Elliott* |
| Patrick B. Reddy, WSBA #34092 | Brett A. Elliott, WSBA #51157 |
| 600 Stewart St., Ste 1100 | Maria Y. Hodgins, WSBA #56924 |
| Seattle, WA 98101 | 701 5th Ave., Suite 3300 |
| Telephone: (206) 442-9106 | Seattle, WA 98104 |
| Fax: (206) 441-9711 | Telephone: 206-223-1313 |
| Email: Reddyp@emeryreddy.com | Facsimile: 206-682-7100 |
|  | Email: belliott@karrtuttle.com |
|  | mhodgins@karrtuttle.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

STIPULATION AND ORDER OF DISMISSAL - 2
#5584665 v3 / 76061-001

# ORDER OF DISMISSAL

THIS MATTER comes before the Court upon stipulation set forth above. With good cause having been shown, it is hereby ORDERED, ADJUDGED, AND DECREED that all of the claims asserted in the above-entitled matter are hereby DISMISSED in their entirety with prejudice and without award of costs or fees to any party.

DATED this 14th day of June 2024.

_____
David G. Estudillo
United States District Judge

Presented by:

**EMERY REDDY, PLLC**

By: *s/Patrick B. Reddy*
Patrick B. Reddy, WSBA #34092
*Attorneys for Plaintiff*

**KARR TUTTLE CAMPBELL**

By: *s/Brett A. Elliott*
Brett A. Elliott, WSBA #51157
Maria Y. Hodgins, WSBA #56924
*Attorneys for Defendants*

STIPULATION AND ORDER OF DISMISSAL - 3
#5584665 v3 / 76061-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100